UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SEAN A. RIKER,
    Plaintiff,

v.                                                Case No. 10-CV-906

SHERIFF ROBERT CARLSON, et al.,
    Defendant,

## DECISION AND ORDER

On August 24, 2015, the court received a motion asking the court to redact what plaintiff describes as "wrongful quotes" in the Order granting defendants' motion for summary judgment. That Order was entered over three years ago, on July 13, 2015, by United States Magistrate Judge Aaron E. Goodstein. Judge Goodstein is no long actively managing cases so the case was randomly reassigned to me.

Plaintiff disputes a number of the statements and quotations set forth in the court's Order on the motions for summary judgment. He suggests that they were written as fact without any proof and that the implication that he is a racist causes people to decide not to help him prove his innocence; he claims that he is serving a life sentence for crimes he did not commit.

My review of Judge Goodstein's Order as well as the documents defendants submitted in support of their motion for summary judgment, reveals that each of the factual assertions in the Order was supported by evidence in the record. Plaintiff had an opportunity to dispute the proposed findings of fact when defendants filed their motion. He did not. He submitted only a two-page, unsworn response to defendants' motion. Plaintiff cannot now relitigate that motion.

**THEREFORE, IT IS ORDERED** that plaintiff's motion to redact statements in Judge Goodstein's order (Docket #48) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 3rd day of September, 2015.

                                           s/ Lynn Adelman
                                           _____
                                           LYNN ADELMAN
                                           District Judge